## ORDER

PER CURIAM.

Jim Lynch Cadillac, Inc. (Lynch) appeals from judgment entered on a jury verdict in favor of General Motors Corporation (GM). Lynch asserts the court erred in: (1) dismissing Counts III and VI of its first amended petition and in failing to allow it to amend its petition; (2) granting a directed verdict in favor of GM on Counts II and V in that the evidence presented established breach of contract; (3) submitting jury instruction Number 9, GM's affirmative defense; (4) overruling its objection to GM's reference to Jim Lynch's personal worth which was irrelevant; (5) admitting evidence of an application signed by Jim Lynch which was a collateral matter, and cannot be used for impeachment purposes; and (6) limiting testimony of rebuttal witness, Mark Hoffman, Certified Public Accountant (CPA).

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Douglas R. Hoff, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann R. Littell, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Ralph Harper appeals from his conviction of attempted robbery, Section 564.011 RSMo 1994, first degree assault, Section 565.050 RSMo 994, and armed criminal action, Section 571.015 RSMo 1994. Appellant was sentenced to fifteen years imprisonment for Count I, a concurrent term of twenty years imprisonment for Count II and a consecutive term of three years imprisonment for Count III. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief.

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. The judgment of conviction is affirmed. Rule 30.25(b). The denial of post-conviction relief is affirmed. Rule 84.16.(b).

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Ralph HARPER, Defendant/Appellant.**

**Ralph HARPER, Movant,**

v.

**STATE of Missouri, Respondent.**

Nos. 69743, 72144.

Missouri Court of Appeals,
Eastern District,
Division One.

April 7, 1998.

■

**Donovan EPPS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72969.

Missouri Court of Appeals,
Eastern District,
Division One.

April 7, 1998.